IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Thomas, Michael | Case Number: 07 B 10063 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 4/15/08 | Filed: 6/5/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 31, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 575.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 575.00 |
| Totals: | 575.00 | 575.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | US Bank | Secured | 0.00 | 0.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 5. | US Bank | Secured | 18,608.20 | 0.00 |
| 6. | HomEq Servicing Corp | Secured | 6,863.22 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 346.76 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 1,579.29 | 0.00 |
| 9. | Nordstrom | Unsecured | 279.07 | 0.00 |
| 10. | Capital One | Unsecured | 368.97 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 351.40 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 577.54 | 0.00 |
| 13. | Robert Morris College | Unsecured | 760.79 | 0.00 |
| 14. | Apple Credit Bank | Unsecured | | No Claim Filed |
| 15. | Aspire Visa | Unsecured | | No Claim Filed |
| 16. | Household Bank FSB | Unsecured | | No Claim Filed |
| 17. | Capital One | Unsecured | | No Claim Filed |
| 18. | HSBC | Unsecured | | No Claim Filed |
| 19. | Wilfred E Briesemeister | Unsecured | | No Claim Filed |
| 20. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 21. | Orchard Bank | Unsecured | | No Claim Filed |
| 22. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 23. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 24. | Nordstrom | Unsecured | | No Claim Filed |
| 25. | Regional Adjustment Bureau Inc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Thomas, Michael

Printed: 4/15/08

Case Number: 07 B 10063
Judge: Squires, John H
Filed: 6/5/07

$ 29,735.24          $ 0.00

## TRUSTEE FEE DETAIL

Fee Rate          Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____